**Mandamus Denied and Opinion Filed March 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00262-CV

### IN RE ROBERT T. O'DONNELL, Relator

**Original Proceeding from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-50667-2013**

## MEMORANDUM OPINION

Before Justices FitzGerald, Francis, and Lewis
Opinion by Justice Francis

Relator contends that the trial court clearly abused its discretion by dismissing relator's pleadings challenging the validity of the marriage that is the subject of the suit in the trial court. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. See TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we DENY relator's petition for writ of mandamus.

140262F.P05

/Molly Francis/
MOLLY FRANCIS
JUSTICE